**Lifepoint Health**

| Pay Date: 12/02/2022 - Regular | | Page 1 of 1 |
|---|---|---|

Lacuna Health, LLC
680 South Fourth Street
Louisville KY 40202
(502)596-7300

Julianne Hernandez
814 Milam Drive
Euless TX 76039

| Personnel No. | 01052244 | Pay Advice # | 0105224400001001 |
|---|---|---|---|
| Personnel Area | 4993 Lacuna Health | Period Begin Date | 11/14/2022 |
| Cost Center | 004993933 | Period End Date | 11/26/2022 |
| FLSA Status | Non Exempt | Pay Frequency | Bi-weekly |

| Tax Information | State Codes | Marital Status | Allowances | Additional Amounts | Mutiple Job W4 box 2C | Dependent Amount W4 box 3 | Other Income W4 box 4a | Other Deduction W4 box 4b |
|---|---|---|---|---|---|---|---|---|
| Federal | | MarrJoint | | | X | $1,500.00 | | |
| Primary State | | | | | | | | |
| Secondary State | | | | | | | | |
| Local | | | | | | | | |

**Messages**

| Hours and Earnings | | | Rate | Hours/Units | Hours/Units YTD | This Period | YTD |
|---|---|---|---|---|---|---|---|
| Regular | | | 16.00 | 63.58 | 63.58 | $1,017.28 | $1,017.28 |
| OT Base | | | 16.00 | 1.20 | 1.20 | $19.20 | $19.20 |
| OT Prem .5 | | | 8.00 | 1.20 | 1.20 | $9.60 | $9.60 |
| Worked Hours | | | | 64.78 | 64.78 | | |
| **Total Earnings :** | | | | | | **$1,046.08** | **$1,046.08** |

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| **Total Pre-Tax :** | | |

| Taxes | This Period | YTD |
|---|---|---|
| TX Withholding Tax FED | $0.16 | $0.16 |
| TX EE Social Security FED | $64.86 | $64.86 |
| TX EE Medicare Tax FED | $15.17 | $15.17 |
| **Total Taxes :** | **$80.19** | **$80.19** |

| After-Tax Deductions | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | | |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$965.89** | **$965.89** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|

| Leave Balance Summary | | |
|---|---|---|
| Leave Type | Accrued | Available |
| PTO Current Year | 3.67 | |
| Total PTO | 3.67 | |

| Imputed Income Information | | |
|---|---|---|
| Description | This Period | YTD |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,046.08 | $1,046.08 |
| Pre-Tax Deductions | | |
| Federal Taxable Wages | $1,046.08 | $1,046.08 |
| Social Security Taxable Wages | $1,046.08 | $1,046.08 |
| Medicare(HI) Taxable Wages | $1,046.08 | $1,046.08 |
| Total Taxes | $80.19 | $80.19 |
| After-Tax Deductions | | |
| **Net Pay :** | **$965.89** | **$965.89** |

| Pay Distribution List | | | |
|---|---|---|---|
| Type | Amount | Account # | |
| Checking | $965.89 | <...2471> | |

**Lifepoint Health**

| Pay Date: 12/16/2022 - Regular | | | | | | | | Page 1 of 1 |
|---|---|---|---|---|---|---|---|---|

Lacuna Health, LLC
680 South Fourth Street
Louisville KY 40202
(502)596-7300

Julianne Hernandez
814 Milam Drive
Euless TX 76039

Personnel No. 01052244
Personnel Area 4989 LPH - Centralized Scheduling
Cost Center 004989933
FLSA Status Non Exempt

Pay Advice # 0105224400003002
Period Begin Date 11/27/2022
Period End Date 12/10/2022
Pay Frequency Bi-weekly

| Tax Information | State Codes | Marital Status | Allowances | Additional Amounts | Mutiple Job W4 box 2C | Dependent Amount W4 box 3 | Other Income W4 box 4a | Other Deduction W4 box 4b |
|---|---|---|---|---|---|---|---|---|
| Federal | | MarrJoint | | | X | $1,500.00 | | |
| Primary State | | | | | | | | |
| Secondary State | | | | | | | | |
| Local | | | | | | | | |

**Messages**

| Hours and Earnings | | | Rate | Hours/Units | Hours/Units YTD | This Period | YTD |
|---|---|---|---|---|---|---|---|
| Regular | | | 16.00 | 74.85 | 138.43 | $1,197.60 | $2,214.88 |
| OT Base | | | | | 1.20 | | $19.20 |
| OT Prem .5 | | | | | 1.20 | | $9.60 |
| Worked Hours | | | | 74.85 | 139.63 | | |
| **Total Earnings :** | | | | | | **$1,197.60** | **$2,243.68** |

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| **Total Pre-Tax :** | | |

| Taxes | This Period | YTD |
|---|---|---|
| TX Withholding Tax FED | $18.35 | $18.51 |
| TX EE Social Security FED | $74.25 | $139.11 |
| TX EE Medicare Tax FED | $17.36 | $32.53 |
| **Total Taxes :** | **$109.96** | **$190.15** |

| After-Tax Deductions | This Period | YTD |
|---|---|---|
| **Total After-Tax :** | | |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$1,087.64** | **$2,053.53** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|

| Leave Balance Summary | | |
|---|---|---|
| Leave Type | Accrued | Available |
| PTO Current Year | 7.99 | |
| Total PTO | 7.99 | |

| Imputed Income Information | | |
|---|---|---|
| Description | This Period | YTD |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,197.60 | $2,243.68 |
| Pre-Tax Deductions | | |
| Federal Taxable Wages | $1,197.60 | $2,243.68 |
| Social Security Taxable Wages | $1,197.60 | $2,243.68 |
| Medicare(HI) Taxable Wages | $1,197.60 | $2,243.68 |
| Total Taxes | $109.96 | $190.15 |
| After-Tax Deductions | | |
| **Net Pay :** | **$1,087.64** | **$2,053.53** |

| Pay Distribution List | | | |
|---|---|---|---|
| Type | Amount | Account # | |
| Checking | $300.00 | <...3788> | |
| Checking | $787.64 | <...2471> | |

10/07/2022

*Juli Hernandez

0.00

\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

*Juli Hernandez
814 Milam Drive,
Euless TX 76039

**EMPLOYER**
Wade Hunt Insurance
502 W. Oak St, Suite 102
Denton TX 76201

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 10/09/2022 |
| Period Ending: | 10/24/2022 |
| Pay Date: | 10/07/2022 |
| Total Hours: | 86.67 |

**EMPLOYEE**
*Juli Hernandez
814 Milam Drive,
Euless TX 76039

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Vision Insurance - SimplyInsured | 1.88 | 9.40 |
| Dental Insurance - SimplyInsured | 4.92 | 24.60 |

| **NET PAY:** | **$1,306.47** |
|---|---|
| Acct#....3788: | $1,306.47 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 86.67 | 16.85 | 1,460.39 | 13,108.79 |
| Bonus | - | - | 0.00 | 928.09 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Vision Insurance - SimplyInsured | 11.78 | 58.90 |
| Dental Insurance - SimplyInsured | 33.92 | 169.60 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 87.71 | 856.12 |
| Medicare | 20.51 | 200.22 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,460.39 | $14,036.88 |
| Taxes | $108.22 | $1,056.34 |
| Deductions | $45.70 | $228.50 |

**Net Pay**        **$1,306.47**

10/24/2022

*Juli Hernandez                                                                                       0.00
**\*NON-NEGOTIABLE\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

*Juli Hernandez  
814 Milam Drive,  
Euless TX 76039

| **EMPLOYER** | | **PAY PERIOD** | |
|---|---|---|---|
| Wade Hunt Insurance | | Period Beginning | 10/25/2022 |
| 502 W. Oak St, Suite 102 | | Period Ending: | 11/08/2022 |
| Denton TX 76201 | | Pay Date: | 10/24/2022 |
| | | Total Hours: | 78.67 |

| **EMPLOYEE** | **OTHER PAY/CONTRIBUTIONS** | Current | Year To Date |
|---|---|---|---|
| *Juli Hernandez | Vision Insurance - SimplyInsured | 1.88 | 11.28 |
| 814 Milam Drive, | Dental Insurance - SimplyInsured | 4.92 | 29.52 |
| Euless TX 76039 | | | |

**NET PAY:** $1,567.13  
Acct#....3788: $1,567.13

**MEMO:**

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 78.67 | 16.85 | 1,325.59 | 14,434.38 | Vision Insurance - SimplyInsured | 11.78 | 70.68 |
| Bonus | - | - | 417.06 | 1,345.15 | Dental Insurance - SimplyInsured | 33.92 | 203.52 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 105.21 | 961.33 |
| Medicare | 24.61 | 224.83 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,742.65 | $15,779.53 |
| Taxes | $129.82 | $1,186.16 |
| Deductions | $45.70 | $274.20 |

**Net Pay**     **$1,567.13**

Julianne E Hernandez
814 Milam Dr.
Euless, TX 76039

Direct Deposit

**Employee Pay Stub**        Check number: DD7051        Pay Period: 10/30/2022 - 11/12/2022        Pay Date: 11/18/2022

**Employee**
Julianne E Hernandez, 814 Milam Dr., Euless, TX 76039

**SSN**
***-**-2470

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Staff Wages | 32:53 | 9.00 | 295.95 | 467.70 |
| Tips | | | 137.81 | 137.81 |
| | 32:53 | | 433.76 | 605.51 |

| Direct Deposit | Amount |
|---|---|
| Checking - ********2471 | 400.58 |

**Memo**
Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -26.89 | -37.54 |
| Medicare Employee | -6.29 | -8.78 |
| | -33.18 | -46.32 |
| **Net Pay** | **400.58** | **559.19** |

JK Brews LLC, 1455 Bent Trail Cir, TX 76092

10:30 · 5G

Paystub_DD7078_fro…

**1 of 1**

Julianne E Hernandez
814 Milam Dr.
Euless, TX 76039

Direct Deposit

| Employee Pay Stub | | Check number: DD7078 | | | Pay Period: 11/27/2022 - 12/10/2022 | Pay Date: 12/16/2022 |
|---|---|---|---|---|---|---|

**Employee**
Julianne E Hernandez, 814 Milam Dr., Euless, TX 76039

**SSN**
***-**-2470

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Staff Wages | 23:01 | 9.00 | 207.15 | 908.25 |
| Tips | | | 97.14 | 345.15 |
| | 23:01 | | 304.29 | 1,253.40 |

| Direct Deposit | Amount |
|---|---|
| Checking - ********2471 | 281.01 |

**Memo**
Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -18.87 | -77.71 |
| Medicare Employee | -4.41 | -18.17 |
| | -23.28 | -95.88 |

| Net Pay | 281.01 | 1,157.52 |
|---|---|---|

JK Brews LLC, 1455 Bent Trail Cir, TX 76092

JK Brews LLC
1455 Bent Trail Cir
TX 76092

Julianne E Hernandez
814 Milam Dr.
Euless, TX 76039

Direct Deposit

| Employee Pay Stub | | Check number: DD7064 | | | Pay Period: 11/13/2022 - 11/26/2022 | Pay Date: 12/02/2022 |
|---|---|---|---|---|---|---|

**Employee**
Julianne E Hernandez, 814 Milam Dr., Euless, TX 76039

**SSN**
***-**-2470

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Staff Wages | 25:56 | 9.00 | 233.40 | 701.10 |
| Tips | | | 110.20 | 248.01 |
| | 25:56 | | 343.60 | 949.11 |

| Direct Deposit | Amount |
|---|---|
| Checking - ********2471 | 317.32 |

**Memo**
Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -21.30 | -58.84 |
| Medicare Employee | -4.98 | -13.76 |
| | -26.28 | -72.60 |

| Net Pay | 317.32 | 876.51 |
|---|---|---|

JK Brews LLC, 1455 Bent Trail Cir, TX 76092

Julianne E Hernandez
814 Milam Dr.
Euless, TX 76039

Direct Deposit

| Employee Pay Stub | | Check number: DD7040 | | | Pay Period: 10/16/2022 - 10/29/2022 | Pay Date: 11/04/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Julianne E Hernandez, 814 Milam Dr., Euless, TX 76039 | | | | | ***-**-2470 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Staff Wages | 19:05 | 9.00 | 171.75 | 171.75 | Checking - ********2471 | 158.61 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -10.65 | -10.65 | | |
| Medicare Employee | | | -2.49 | -2.49 | | |
| | | | -13.14 | -13.14 | | |
| **Net Pay** | | | **158.61** | **158.61** | | |

JK Brews LLC, 1455 Bent Trail Cir, TX 76092

## Paystub 009372

**Main Street Bread Commissary LLC / 316 S Main St**

Edward Hernandez
814 Milam Drive
Euless TX, 76039

Main Street Bread Commissary
316 S Main St
Grapevine TX, 76051

Pay Period: 10/03/2022 - 10/09/2022
Pay Date: 10/12/2022
MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | - | 19.00 | 0.00 | 433.80 |
| Driver | 35.55 | 19.00 | 675.45 | 6,843.97 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 41.88 | 451.22 |
| Medicare | 9.80 | 105.53 |

OTHER PAY — Current / YTD
DEDUCTIONS — Current / YTD
BENEFITS — Used / Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $675.45 | $7,277.77 |
| Taxes | $51.68 | $556.75 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** | | **$623.77** |

---

## Paystub 009506

**MAIN STREET BREAD COMMISSARY LLC / 316 S MAIN ST**

Edward Hernandez
814 Milam Drive
Euless TX, 76039

Main Street Bread Commissary
316 S Main St
Grapevine TX, 76051

Pay Period: 11/21/2022 - 11/27/2022
Pay Date: 11/30/2022
MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Overtime Pay | - | 28.50 | 0.00 | 46.46 |
| Regular Pay | - | 19.00 | 0.00 | 968.84 |
| Driver | 32.90 | 19.00 | 625.10 | 10,356.50 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare | 9.06 | 164.89 |
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 38.75 | 705.05 |

OTHER PAY — Current / YTD
DEDUCTIONS — Current / YTD
BENEFITS — Used / Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $625.10 | $11,371.80 |
| Taxes | $47.81 | $869.94 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** | | **$577.29** |

---

## Paystub 009394

**MAIN STREET BREAD COMMISSARY LLC / 316 S MAIN ST**

Edward Hernandez
814 Milam Drive
Euless TX, 76039

Main Street Bread Commissary
316 S Main St
Grapevine TX, 76051

Pay Period: 10/10/2022 - 10/16/2022
Pay Date: 10/19/2022
MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | - | 19.00 | 0.00 | 433.80 |
| Driver | 23.48 | 19.00 | 446.12 | 7,290.09 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare | 6.47 | 112.00 |
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 27.66 | 478.88 |

OTHER PAY — Current / YTD
DEDUCTIONS — Current / YTD
BENEFITS — Used / Available

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $446.12 | $7,723.89 |
| Taxes | $34.13 | $590.88 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** | | **$411.99** |