David S. Henshaw\
Henshaw Law Office\
1530 P B Ln, PMB H5358\
Wichita Falls, TX 76302-2612\
Bar Number: 24132753\
Phone: 469-820-3900

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICE OF TEXAS**
**FORT WORTH DIVISION**

Revised 10/1/2016

IN RE: Edward Hernandez    XXX-XX-8188        CASE NO: _22-43084_____
Julianne E Hernandez   XXX-XX-2470
814 Milam Drive
Euless, TX 76039

**AUTHORIZATION FOR ADEQUATE PROTECTION DISBURSEMENTS**     **DATED: December 19, 2022**

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed as indicated below:

| | | |
|---|---:|---:|
| Periodic Payment Amount | | $700.00 |
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $5.00 carried forward |
| Trustee Percentage Fee | $70.00 | $70.00 |
| Filing Fee | $0.00 | $0.00 |
| Noticing Fee | $0 | $0.00 |
| **Subtotal Expenses/Fees** | **$75.00** | **$75.00** |
| Available for payment of Adequate Protection, Attorney Fees and Current Post-Petition Mortgage Payments: | $625.00 | $625.00 |

**CREDITORS SECURED BY VEHICLES (CAR CREDITORS):**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---:|---:|---:|---:|
| Matt King Motors | 2016 Chevrolet Colorado | $22,271.00 | $15,000.00 | 5.5% | $425.40 |
| Titlemax | 2009 Ford Focus | $2,184.00 | $4,275.00 | 5.5% | $41.72 |
| | Total Adequate Protection payments for Creditors Secured by Vehicles: | | | $ | 467.12 |

**CURRENT POST-PETITION MORTGAGE PAYMENTS (CONDUIT):**

| Name | Collateral | Start Date | Scheduled Amount | Value of Collateral | Payment Amount |
|---|---|---|---:|---:|---:|
| None | | MM/DD/YY | $ | $ | $ |
| | Payments for Current Post-Petition Mortgage Payments (Conduit): | | | | $ |

**CREDITORS SECURED BY COLLATERAL OTHER THAN A VEHICLE:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|------|------------|------------------|---------------------|-------------------------------|-----------------------------------|
| None |            | $                | $                   | 1.25%                         | $                                 |

Payments for Current Post-Petition Mortgage Payments (Conduit):    $

Case No: 22-43084_____
Debtors:  Edward Hernandez and Julianne E Hernandez

### TOTAL PRE-CONFIRMATION PAYMENTS

**First Month Disbursements (after payment of Clerk's Filing Fee, any Noticing Fee, Chapter 13 Trustee Percentage Fee, and retention of the Account Balance Reserve):**

| | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | $ 0 |
| Adequate Protection to Creditors Secured by Vehicles ("Car Creditor"), per mo: | $ 467.12 |
| Debtor's Attorney, per mo: | $ 157.88 |
| Adequate Protection to Creditors Secured by other than a Vehicle, per mo: | $ 0 |

**Disbursements starting month 2 (after payment of Clerk's Filing Fee, any Noticing Fee, Chapter 13 Trustee Percentage Fee, and retention of the Account Balance Reserve):**

| | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | $ 0 |
| Adequate Protection to Creditors Secured by Vehicles ("Car Creditor"), per mo: | $ 467.12 |
| Debtor's Attorney, per mo: | $ 157.88 |
| Adequate Protection to Creditors Secured by other than a Vehicle, per mo: | $ 0 |

**Order of Payment:**

Unless otherwise ordered by the court, all claims and other disbursements made by the Chapter 13 Trustee prior to entry of an order confirming the Chapter 13 Plan will be paid in the order set out above. All disbursements which are in a specified monthly amount are referred to as "per mo". At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on the per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment. Other than the Current Post-Petition Mortgage Payments, the principal balance owning upon confirmation of the Plan on the allowed secured claim shall be reduced by the total of adequate protection payments, less any interest (if applicable), paid to the creditor by the Trustee.

DATED: December 19, 2022_____

 /s/ David S. Henshaw_____
Attorney for Debtor(s)

I hereby certify that on the 19th day of December, 2022, this Authorization for Adequate Protection Disbursements was electronically filed, I did serve a true and correct copy of the foregoing to the following interested parties and to those listed on the attached matrix, by United States Mail, First Class.

/s/ David S. Henshaw
David Henshaw
Attorney for Debtor

```
AT&T Internet
PO Box 5014
Carol Stream, IL 60197-5014

Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353

Buddys Home Furnishings
5234 Rufe Snow Drive
North Richland Hills, TX 76180

City of Euless Water
201 N Ector Drive
Euless, TX 76039

Consumer Cellular
PO Box 650680
Dallas, TX 75265-0680

Matt King Motors
165 E Bozeman Lane
Fort Worth, TX 76108

Mike Carlson Motor Company
1301 E. Weatherford St. Suite 151
Fort Worth, TX 76102

Penny Morgan
207 Park Meadows Drive
Euless, TX 76039

Rent a Center
1806 W Irving Boulevard
Irving, TX 75061

Spectrum
PO Box 60074
City of Industry, CA 91716-0074
```

Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180-6608

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Ally Financial c/o AIS Portfolio Services
4515 N Santa Fe Avenue Dept APS
Oklahoma City, OK 73118-7901

LVNV Funding, LLC
Resurgent Capital Services

PO Box 10587
Greenville, SC 29603-0587


North Hills Hospital
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

T-Mobile
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

Texas Health Resources
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

TMX Financial formerly Titlemax
15 Bull Street, Suite 200
Savannah, GA 31401-2686

American Credit Acceptance
961 East Main Street
Spartanburg, SC 29302-2185

ECMC
PO Box 16408
St. Paul, MN 55116-0408

Tribute Capital Partners, LLC
PO Box 167762
Irving, TX 75016-7762

Atmos Energy Corporation
Attn. Bankruptcy Group
PO Box 650205
Dallas, TX 75265-0205

Edward & Julianne Hernandez
814 Milam Drive
Euless, TX 76039-3207

David S. Henshaw
Henshaw Law Office
1530 P B Ln #H5358
Wichita Falls, TX 76302-2612