David S. Henshaw (SBN 24132753)
HENSHAW LAW OFFICE
1530 P B Ln
PMB H5358
Wichita Falls, TX 76302-2612
(469) 820-3900
(855) 991-5788 Fax
david@henshawlaw.com

Attorney for Debtors EDWARD HERNANDEZ and
JULIANNE E. HERNANDEZ

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 13 |
|  | § |  |
| EDWARD HERNANDEZ | § |  |
| JULIANNE E. HERNANDEZ | § | Case Number 22-43084-elm13 |
|    Debtors | § |  |
|  | § |  |
|  | § |  |
|  | § |  |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 19, 2022, a copy of the attached (1)

Debtor's(s') Chapter 13 Plan (Containing a Motion for Valuation) and (2) Authorization for

Adequate Protection Disbursements was served on each party listed below, by placing a copy of

all the documents in an envelope properly addressed, with postage fully prepaid, and depositing

the envelope in the United States Mail.

```
AT&T Internet
PO Box 5014
Carol Stream, IL 60197-5014

Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353
```

```
Buddys Home Furnishings
5234 Rufe Snow Drive
North Richland Hills, TX 76180

City of Euless Water
201 N Ector Drive
Euless, TX 76039

Consumer Cellular
PO Box 650680
Dallas, TX 75265-0680

Matt King Motors
165 E Bozeman Lane
Fort Worth, TX 76108

Mike Carlson Motor Company
1301 E. Weatherford St. Suite 151
Fort Worth, TX 76102

Penny Morgan
207 Park Meadows Drive
Euless, TX 76039

Rent a Center
1806 W Irving Boulevard
Irving, TX 75061

Spectrum
PO Box 60074
City of Industry, CA 91716-0074
```

Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180-6608

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Ally Financial c/o AIS Portfolio Services
4515 N Santa Fe Avenue Dept APS
Oklahoma City, OK 73118-7901

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

North Hills Hospital
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

T-Mobile
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

Texas Health Resources
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

TMX Financial formerly Titlemax
15 Bull Street, Suite 200
Savannah, GA 31401-2686

/s/ David S. Henshaw
David S. Henshaw