GAIL E. STOCK
JAMESON & DUNAGAN, P.C.
5429 LBJ Freeway, Suite 700
Dallas, Texas 75240
(214) 369-6422 - phone
(214) 369-9175 - fax

Attorney for Creditor
MCMC AUTO LTD. dba MIKE CARLSON MOTOR COMPANY

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 22-43084-elm13 |
| EDWARD HERNANDEZ | § | |
| JULIANNE E. HERNANDEZ | § | |
|    Debtors | § | Chapter 13 |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002(g) and 9010(b). MCMC AUTO LTD. dba MIKE CARLSON MOTOR COMPANY, a party in interest herein, hereby gives notice of its appearance in said case by and through its counsel and requests copies of all notices and or pleading issued or filed in the above-reference bankruptcy case.  All such notices should be sent to this party in care of:

GAIL E. STOCK
Jameson & Dunagan, P.C.
5429 LBJ Freeway, Suite 700
Dallas, Texas 75240

DATED this 4 day of January, 2023.

                            Respectfully submitted,

                            JAMESON AND DUNAGAN, P.C.

      By:          /s/ GAIL E. STOCK
                          GAIL E. STOCK
                          Bar Card No. 05102400
                          gstock@jdlawtx.com
                          DOUGLAS E. LATTANZIO
                          Bar Card No. 11984650
                          del@jdlawtx.com
                          5429 LBJ Freeway, Suite 700
                          Dallas, Texas 75240
                          (214) 369-6422 - phone
                          (214) 369-9175 - fax
                          Attorney(s) for Creditor

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing has been forwarded by depositing same with the United States Postal Service via first class mail, address correction requested, postage prepaid, or via electronic mail on this 4 day of January, 2023, as follows:

David Samuel Henshaw
Henshaw Law Office
1530 P B Lane, #H5359
Wichita Falls, TX  76032-2612

Edward Hernandez
Julianne E. Hernandez
814 Milam Drive
Euless, TX  76039

Tim Truman Trustee
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX  76180

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX  75202

                                                      /s/  GAIL E. STOCK
                                                   GAIL E. STOCK